# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

RICHARD A. RUDOLPH, JR.

    Petitioner,

v.

WILLIAM SMITH, Sheriff, and
JAMES DONALD, Commissioner,
Georgia Department of Corrections,

    Respondents.

CIVIL ACTION NO.: CV205-050

## ORDER

Commissioner James Donald of the Georgia Department of Corrections has filed a Motion to Dismiss this petition as unexhausted. (Doc. 21.) The Court granted a similar motion filed by Sheriff William Smith and dismissed this case by Order dated June 24, 2005, because Petitioner had not exhausted his available state remedies. This case was closed that date. Accordingly, Commissioner's Donald's motion is **DISMISSED** as moot. Petitioner's motion for appointment of counsel (Doc. 20) is also **dismissed**.

SO ORDERED, this 13th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

RUDOLPH  )

vs  )   CASE NUMBER  CV205-50

SMITH, ET AL  )   DIVISION  BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/13/05, which is part of the official record of this case.

Date of Mailing: 7/13/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: /s/ Sherry Taylor
Sherry Taylor, Deputy Clerk

**Name and Address**

Jason Fisher
Brent Green
Richard Rudolph, Jr., GDC1145064/BC573348, Baldwin State Prison, P.O. Box 218, Hardwick, GA 31034

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate